

In The

Court of Appeals

Seventh District of Texas at Amarillo

_____

No. 07-13-0047-CR

_____

DAVID KENDELL GOSSETT, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 47th District Court
Randall County, Texas
Trial Court No. 23,788-A, Honorable Dan L. Schaap, Presiding

March 5, 2013

MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant, David Kendell Gossett, appeals his conviction for unauthorized use of a vehicle. The certification of right to appeal executed by the trial court states that this Ais a plea bargain case and the defendant has NO right of appeal@ and Athe defendant has waived the right of appeal.@ This circumstance was brought to the attention of appellant and opportunity was granted him to obtain an amended certification entitling him to appeal. No such certification was received within the time we allotted. Having

received no amended certification, we dismiss the appeal per Texas Rule of Appellate Procedure 25.2(d).

Per Curiam

Do not publish.